IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERMEC TECHNOLOGIES CORP., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>PALM, INC., a Delaware corporation,<br><br>    Defendant.<br>                                             / | No. C 09-80098 MISC WHA<br><br>No. C 09-80097 MISC WHA<br><br>**ORDER RE PAYMENT OF ATTORNEY'S FEES** |

      The Court is in receipt of Intermec Technology Corp.'s submission in response to the June 3 order. That order determined that Google, Inc. was entitled to $30,000 for its fees and expenses. In its submission, Intermec indicated it acquiesces in payment of the $30,000 award without waiving its rights to an appeal. Accordingly, Intermec must pay Google the sum of **$30,000 WITHIN 60 DAYS** of the date of this order. Intermec must file a notice with the court after it has done so.

      **IT IS SO ORDERED.**

Dated: June 10, 2009

                                                      WILLIAM ALSUP<br>                                                    UNITED STATES DISTRICT JUDGE